# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>D. ALBRIGHT, et al.,<br><br>Defendants. | Case No. 1:18-cv-01480-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EARLY DISCOVERY**<br><br>**(Doc. 6)** |

Plaintiff has filed a motion seeking to open discovery and compel deposition via written questions of the named defendants. (Doc. 6.) As stated in the First Informational Order the Court will issue an order opening discovery after this action has been screened, Defendants are served, and answers are filed. (Doc. 20.) This case was transferred to this Court, October 26, 2018, and the Complaint is in line for screening. Thus, Plaintiff's motion for discovery is premature.[1]

Accordingly, the Court **ORDERS**, that Plaintiff's motion to compel deposition, filed on July 19, 2018 (Doc. 6) is DENIED without prejudice.

IT IS SO ORDERED.

   Dated: __**October 30, 2018**__            __**/s/ Jennifer L. Thurston**__
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The questions Plaintiff would like the named defendants to answer, could be served as interrogatories which could alleviate the need for depositions.