# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>D. ALBRIGHT, et al.,<br><br>Defendants. | No. 1:18-cv-01480-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**<br><br>**(Doc. 25)** |

On November 5, 2018, Plaintiff filed a motion indicating that he has discovered that the name of Defendant "John Doe" is "Correctional Officer Ainsworth" and requesting to substitute that true name for "John Doe" in his pleading. (Doc. 25.) Plaintiff's motion is construed as seeking leave to file an amended complaint.

Plaintiff may amend once as a matter of right before service of a responsive pleading by defendants. Fed. R. Civ. P. 15(a). Even though Plaintiff previously amended his complaint, it has not been screened and a responsive pleading has not been filed. Thus, the Court grants Plaintiff's request. Plaintiff is reminded that he must file a new pleading, that an amended complaint supercedes the original complaint, *Lacey v. Maricopa County*, Nos. 09-15806, 09-15703, 2012 WL 3711591, at *1 n.1 (9th Cir. Aug. 29, 2012) (en banc), and the amended complaint must be "complete in itself without reference to the prior or superceded pleading,"

1

Local Rule 220.

Accordingly, Plaintiff's motion is **GRANTED** and the Clerk's Office is directed to send Plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated: __**November 7, 2018**__     __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE