# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>              Plaintiff,<br><br>   v.<br><br>D. ALBRIGHT, et al.,<br><br>             Defendants. | No. 1:18-cv-01480-JLT (PC)<br><br>**ORDER STRIKING PLAINTIFF'S DECLARATION**<br><br>**(Doc. 30)** |

On March 27, 2019, Plaintiff filed a declaration about the events alleged in this action which included an exhibit. (Doc. 30.) As stated in the First Informational Order:

> The Court will not serve as a repository for evidence. The parties may not file evidence (prison, disciplinary or medical records, witness affidavits, etc.) with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise. Evidence improperly submitted to the Court may be stricken/returned.

(Doc. 20, p. 3.) The First Screening Order granted Plaintiff leave to file a third amended complaint and provided the legal standards under which his claims will be considered. (Doc. 31.) The only action pending is Plaintiff's filing of an amended complaint or notice of willingness to proceed only on the claims found cognizable in the Second Amended Complaint. (*Id.*)

Thus, while Plaintiff's declaration will be stricken, if Plaintiff chooses to file a third amended complaint, therein he should include all information and exhibits that he feels will make

1

1 | his claims cognizable.  If Plaintiff attaches exhibits to it, each exhibit must be specifically
2 | referenced.  Fed. R. Civ. Pro. 10(c).  For example, Plaintiff must state "see Exhibit A" or
3 | something similar, to direct the Court to the specific exhibit Plaintiff is referencing.  Further, if
4 | the exhibit consists of more than one page, Plaintiff must reference the specific page of the
5 | exhibit (i.e. "See Exhibit A, page 3").  However, at this point, the submission of evidence is
6 | premature as Plaintiff is only required to state a *prima facie* claim for relief.  For screening
7 | purposes, the Court must assume that Plaintiff's factual allegations are true.

Accordingly, Plaintiff's Declaration filed on March 27, 2019 (Doc. 30) is STRICKEN from the record.

IT IS SO ORDERED.

Dated: **March 29, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE