# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ALBRIGHT, et al.,<br><br>　　　　　Defendants. | No. 1:18-cv-01480-JLT (PC)<br><br>**ORDER STRIKING PLAINTIFF'S DECLARATION**<br><br>**(Doc. 37)** |

On April 25, 2019, Plaintiff filed a declaration about the events alleged in this action which included an exhibit. (Doc. 37.) As stated in the First Informational Order:

> The Court will not serve as a repository for evidence. The parties may not file evidence (prison, disciplinary or medical records, witness affidavits, etc.) with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise. Evidence improperly submitted to the Court may be stricken/returned.

(Doc. 20, p. 3.) Plaintiff previously submitted a similar declaration which was stricken from the record. (*See* Docs. 30, 32.) The only action pending is service of Defendants by the USMS. (*See* Docs. 34, 36.) There is no reason for Plaintiff to submit a declaration.

///

///

///

///

Accordingly, Plaintiff's declaration filed on April 29, 2019 (Doc. 37) is STRICKEN from the docket.

IT IS SO ORDERED.

Dated: __**April 30, 2019**__            _____**/s/ Jennifer L. Thurston**_____
                                        UNITED STATES MAGISTRATE JUDGE