|   |   |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>           Plaintiff,<br><br>    v.<br><br>D. ALBRIGHT, et al.,<br><br>           Defendants. | Case No.: 1:18-cv-01480-LJO-JLT (PC)<br><br>ORDER STRIKING PLAINTIFF'S NOTICE AND DECLARATION<br><br>(Docs. 54, 55) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On October 9, 2019, Michael Eugene Scott filed a notice that he has exhausted all administrative remedies related to the allegations underlying this action, including exhibits. (Doc. 54.) On October 10, 2019, Plaintiff filed a declaration about the events alleged in this action, also including exhibits. (Doc. 55.)

As the Court stated in its First Informational Order:

> The Court will not serve as a repository for evidence. The parties may not file evidence (prison, disciplinary or medical records, witness affidavits, etc.) with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise. Evidence improperly submitted to the Court may be stricken/returned.

(Doc. 20 at 3.) Plaintiff submitted similar declarations on two prior occasions, which were stricken from the record. (*See* Docs. 30, 32, 37, 38.) Since there is nothing currently pending before the Court, such as a motion, trial, or Court order requesting information or documents, there is no reason for Plaintiff to submit the above notice or declaration. Furthermore, the Court

notes that the deadline for motions challenging or alleging failure to exhaust administrative remedies is a deadline, in practical terms, for the defendants. That deadline has already passed. The only upcoming deadlines are (1) the discovery cutoff date, which is December 17, 2019, and (2) the deadline for filing pretrial dispositive motions, such as motions for summary judgment, which is February 18, 2020. (*See* Doc. 48.)

Accordingly, Plaintiff's notice filed on October 9, 2019, (Doc. 54), and declaration filed on October 10, 2019, (Doc. 55), are STRICKEN from the docket.

IT IS SO ORDERED.

Dated: __October 26, 2019__         __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE