UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ALBRIGHT, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01480-LJO-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 59)<br><br>Discovery Cutoff Date: 1/16/2020<br>Dispositive Motion Deadline: 3/19/2020 |

Defendants request to modify the discovery and scheduling order. (Doc. 59.) Defendants seek to extend the discovery and dispositive motion deadlines by 30 days to conduct Plaintiff's deposition. (*Id.* at 1.) Defendants have twice noticed Plaintiff's deposition; the first attempt was canceled due to Plaintiff being transferred to a different prison, and the second was cancelled because Plaintiff was paroled. (Doc. 59-1 at 2; Doc. 59-2, ¶¶ 3-5.) The current discovery cutoff date is December 17, 2019, and the current dispositive motion deadline is February 18, 2020. (Doc. 48 at 3.) Defendants do not have sufficient time to re-notice Plaintiff's deposition before the discovery cutoff. (Doc. 59-2, ¶ 5.) The time for Plaintiff to file an opposition or statement of non-opposition to Defendants' motion has not yet passed; however, the Court finds neither necessary here and deems the motion submitted.

Good cause appearing, the Court **GRANTS** Defendants' motion. The Court modifies the discovery and scheduling order and sets the following new deadlines:

1. The deadline for completion of all discovery, including filing motions to compel, is January 16, 2020; and,

2. The deadline for filing pretrial dispositive motions is March 19, 2020.

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated: **December 10, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE