UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>  Plaintiff,<br><br>  v.<br><br>D. ALBRIGHT, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01480-NONE-JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE CASE** |

The parties filed a joint stipulation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 63.) Rule 41(a)(1) provides that a "plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999). Thus, the Court DIRECTS the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated: __**February 27, 2020**__       _____**/s/ Jennifer L. Thurston**_____
                                         UNITED STATES MAGISTRATE JUDGE